UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **In Re:** | **Case No. 22-51490-AMK** |
| **JOANNE M BROWN** | **Chapter 7** |
| | **Judge Alan M. Koschik** |
| **Debtor(s)** | |

**TRUSTEE'S NOTICE OF INTENT TO PROCEED WITH 341 MEETING OF CREDITORS BY VIDEO CONFERENCE AND PROCEDURES REGARDING SAME**

PLEASE TAKE NOTICE that the Trustee intends to proceed with the Meeting of Creditors provided for under 11 U.S.C. § 341 in the above captioned case on the following originally scheduled date and time:

Date:  02/07/2023

Time:  10:00AM

The Meeting of Creditors will not take place in person. The Meeting of Creditors will be held virtually, preferably by video conference.

PLEASE TAKE FURTHER NOTICE that the Virtual 341 Meeting of Creditors, at the time and date set forth above, will be held using Zoom. Please follow the instructions below for logging in to a Zoom meeting:

Join Zoom Meeting
https://zoom.us/j/8630549099

Meeting ID: 863 054 9099
Passcode: 804530

One tap mobile
+19292056099,,8630549099# US (New York)
+13126266799,,8630549099# US (Chicago)

Dial by your location

+1 929 205 6099 US (New York)
+1 312 626 6799 US (Chicago)
+1 301 715 8592 US
+1 346 248 7799 US (Houston)
+1 669 900 6833 US (San Jose)
+1 253 215 8782 US
Meeting ID: 863 054 9099
Find your local number: https://zoom.us/u/adMLWXoWsj

PLEASE TAKE FURTHER NOTICE that the Trustee strongly encourages video appearance by Debtor(s) and Debtor(s)' counsel from a device connected to the internet with a camera and microphone enabled. Creditors may participate by audio means only using the phone numbers above and when joining the Zoom meeting should identify the name of the case for which they are appearing.

PLEASE TAKE FURTHER NOTICE that the virtual 341 Meeting of Creditors will be electronically recorded.  To ensure the quality of the record, please be sure to limit any background noise.  Participants must be able to hear all parties for the entirety of the virtual 341 Meeting of Creditors.

PLEASE TAKE FURTHER NOTICE that the Trustee will verify the identity of the Debtor(s) appearing by video conference. Trustee requests that counsel for Debtor(s) submit copies of the Debtor(s) photo identification and evidence of the Debtor(s)' social security number through her document management portal by not later than the Thursday prior to the 341 meeting. For Debtor(s) appearing by audio means only, Debtor(s)' attorney must (1) confirm on the record that counsel reviewed proof of the Debtor(s) identity by viewing the Debtor(s)' valid ID (stating what the ID is, e.g. Valid Driver's License), the name on the ID matches the name on the petition (if it doesn't, the debtor will need to testify an explain, e.g. married name has changed, etc.), based thereon, the debtor testifying is the person whose name is on the petition as the debtor; (2) confirm on the record that counsel reviewed proof of the debtor's SSN (stating

what was used to verify the SSN, e.g. original social security card) and that it matches what was reported to the court in this bankruptcy case; and (3) transmit to the Trustee at least two days in advance of the Virtual 341 Meeting a completed Counsel Declaration Confirming Debtor Identity and Social Security Number. An acceptable form of Declaration is available from the Trustee upon request. Counsel is responsible for the logistics of completing this requirement.

PLEASE TAKE FURTHER NOTICE that the following information must be submitted to the Trustee through her document management system, Blue Stylus – Trustee Collaborative system, by no later than **4:00 p.m. the THURSDAY before the above meeting date**:

- a scan or copy of the Debtor(s)' original signature on the petition, declaration of schedules, and statement of financial affairs
- Statements encompassing the petition date for all of the Debtor(s)' depository accounts open on the petition date
- A copy of the Debtor(s)' most recently filed federal and state tax returns

PLEASE TAKE FURTHER NOTICE that Debtor(s) appearing by audio means only must have a printed copy of the petition, schedules, and statement of financial affairs available for reference at the time of the Virtual 341 meeting.

PLEASE TAKE FURTHER NOTICE that failure to comply with the above procedures shall be deemed a failure to appear at the 341 Meeting of Creditors.

/s/ Julie K. Zurn
Julie K. Zurn
Chapter 7 Trustee
388 S. Main Street, Suite 500
Akron, OH 44311
Telephone: (330) 535-5711
Email: jzurn@brouse.com

cc: all entities and individuals who are listed on the Court's Electronic Mail Notice List



**UNITED STATES TRUSTEE PROGRAM INFORMATIONAL NOTICE**

# EMERGENCY RENTAL ASSISTANCE PROGRAMS

If you are a renter having trouble paying your rent or a landlord who has lost rental income due to challenges presented by the COVID-19 pandemic, help may be available. Through funding from the U.S. Department of the Treasury's Emergency Rental Assistance (ERA) program, there are a wide variety of state and local programs that offer assistance—including financial assistance—to those who are struggling to make ends meet.

Provided below are links to learn more about ERA programs in your local area, including how they work and who is eligible, as well as other important information to help you navigate these difficult times. ERA programs can vary based on locale since flexibility is given to states to develop programs that best suit the needs of their communities.

For more general information on assistance programs, visit:
https://www.consumerfinance.gov/coronavirus/mortgage-and-housing- assistance/

For ERA program links in your local area, visit:
https://www.consumerfinance.gov/coronavirus/mortgage-and-housing- assistance/renter-protections/find-help-with-rent-and-utilities/

To get answers to frequently asked questions, visit:

*For Renters*: https://www.consumerfinance.gov/coronavirus/mortgage-and-housing-assistance/renter-protections/emergency-rental-assistance-for-renters/

*For Landlords*: https://www.consumerfinance.gov/coronavirus/mortgage-and- housing-assistance/help-for-landlords/

To talk with a no-cost Department of Housing and Urban Development-approved  housing counselor who can help you understand your options, make an action  plan, and even help you apply for rental assistance, call (800) 569-4287 or visit  https://www.consumerfinance.gov/find-a-housing-counselor/.

*September 2021*



**AVISO INFORMATIVO DEL PROGRAMA DE FIDEICOMISARIOS DE ESTADOS UNIDOS**

## PROGRAMAS DE ASISTENCIA DE EMERGENCIA PARA EL ALQUILER

Si usted es un inquilino y está teniendo problemas para pagar el alquiler o es un propietario que ha dejado de devengar ingresos de alquiler debido a los retos presentados por la pandemia de COVID-19, podría recibir ayuda. Por medio de fondos provenientes del programa de Asistencia de Emergencia para el Alquiler (ERA por sus siglas en inglés) del Departamento del Tesoro de EE.UU., existe un sinnúmero de programas locales y estatales que brindan ayuda, incluso asistencia financiera, a aquellas personas que están luchando para sobrevivir.

A continuación encontrará los enlaces para recibir más información sobre el programa ERA en su región, incluyendo cómo funciona y quién puede recibir ayuda, al igual que otra información importante que podrá ayudarle a superar estos momentos difíciles. El programa ERA puede variar según la región, ya que los estados tienen la flexibilidad de adecuar los programas a las necesidades de sus comunidades locales.

Para obtener más información sobre los programas de asistencia, visite: https://www.consumerfinance.gov/es/coronavirus/asistencia-hipotecas-y-viviendas/

Para los enlaces del programa ERA en su región, visite: https://www.consumerfinance.gov/es/coronavirus/asistencia-hipotecas-y- viviendas/protecciones-arrendatarios/encuentre-ayuda-para-pagar-renta-y-servicios/

Para encontrar respuestas sobre las preguntas más frecuentes, visite:

*Para los inquilinos*: https://www.consumerfinance.gov/es/coronavirus/asistencia-hipotecas-y-viviendas/protecciones-arrendatarios/asistencia-de-

emergencia-a- inquilinos/

*Para los propietarios (en inglés)*:
https://www.consumerfinance.gov/coronavirus/ mortgage-and-housing-assistance/help-for-landlords/

Para hablar sin costo alguno con un asesor de vivienda aprobado por el Departamento de Vivienda y Desarrollo Urbano sobre sus opciones, un plan de acción o ayuda para solicitar la asistencia de emergencia para el alquiler, llame al
(800) 569-4287 o visite (en inglés)
https://www.consumerfinance.gov/find-a-housing- counselor/.

*Septiembre de 2021*